OPINION — AG — ** JUVENILES — HOUSING — PRISON POPULATIONS ** WHEN A JUVENILE IS CERTIFIED AS AN ADULT UNDER 10 O.S. 1104 [10-1104] OR 10 O.S. 1112 [10-1112] BUT PRIOR TO CONVICTION, OKLAHOMA LAW REQUIRES HE BE DETAINED SEPARATELY FROM ADULT PRISONERS. HOWEVER, IF AND WHEN THE ADULT CERTIFIED JUVENILE IS CONVICTED SUCH REQUIREMENT IS NO LONGER IMPOSED, AND AFTER CONVICTION THE ADULT CERTIFIED JUVENILE MAY BE INCARCERATED WITH THE ADULT POPULATION. (JAILS, PRISONS, MINORS, CRIMINAL LAW, CONVICTION) CITE: OPINION NO. 83-211, 10 O.S. 1104 [10-1104] [10-1104], 10 O.S. 1101 [10-1101], 10 O.S. 1101 [10-1101] [10-1101](1), 10 O.S. 1104 [10-1104], 10 O.S. 1104.2 [10-1104.2] [10-1104.2](A), 10 O.S. 1107.1 [10-1107.1](A)(2), 10 O.S. 1112 [10-1112] , 10 O.S. 1112 [10-1112](B) (P. KAY FLOYD) ** SEE: OPINION NO. 89-593 (1989)